**SO ORDERED.**

**Dated: December 28, 2010**

**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**


TIFFANY & BOSCO
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant


10-52932

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Michael Downer and Catherine Downer<br>Debtors. | No. 2:10-BK-36964-RTBP<br><br>Chapter 7<br><br>ORDER |
| Wells Fargo Bank, N.A.<br>Movant,<br>vs.<br><br>Michael Downer and Catherine Downer, Debtors, William E. Pierce, Trustee.<br><br>Respondents. | (Related to Docket #9) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated June 2, 2008 and recorded in the office of the Yavapai County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Michael Downer and Catherine Downer have an interest in, further described as:

> Lot 1329, THE VIEWPOINT NORTH - UNIT EIGHTEEN, according to the plat of record In Book 54 of Maps, Page(s) 100 -102, records of Yavapai County, Arizona
> EXCEPT all 011, gas, coal and minerals, whatsoever already found or which may hereafter be found upon or under said lands as reserved in Book 192 of Deeds, Page 415
> EXCEPT one half of all oil, gas and minerals upon or under the above described lands (except lands on and under which the oil, gas, coal and other minerals have been heretofore reserved by Santa Fe Pacific Railroad Company) as reserved In Deed recorded in Book 115 of Official Records, Page(s) 577 - 580
> AND ALSO EXCEPT all remaining 011, gas and minerals upon or under the above described land (except land on and under which the 011, gas, coal and other minerals have been heretofore reserved) as reserved In Book 1772 of Official Records, Page 713

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.